## HIGGINS *v.* CROSBY.

(April Term, 1865.)

JOINDER IN ERROR allowed, if done *instanter,* pending a motion to reverse for non-joinder, a rule for joinder having expired.

THE counsel for the plaintiff in error suggested that a rule to join in error had expired, and there was no joinder; he asked for a default and a reversal for non-joinder in error. The counsel for the defendant said he had not been aware of the rule being entered, and would join in error *instanter,* if allowed to do so.

Per CURIAM: The defendant may still join in error, if he will do so *instanter.*

*Motion for default denied.*